FRANK TEVELOVICH, Appellant, v. UNITED STATES STEEL PRODUCTS COMPANY, Respondent.— Judgment reversed upon the law and new trial granted, with costs to abide the event. We are of opinion that, under the circumstances disclosed by the record, the testimony of the witness Laknes, called by the plaintiff in rebuttal, was improperly excluded. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

WALDES & Co., INC., Respondent, v. INTERNATIONAL BROKERAGE & CLEARING Co., INC., Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

WALDES & Co., INC., Respondent, v. INTERNATIONAL BROKERAGE & CLEARING Co., INC., Appellant. (Appeal No. 2.) — Order limiting examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

EFFIE W. WOODWARD, Respondent, v. FREDERICKA TREETZ, Appellant.— Judgment and order unanimously affirmed, with costs, on authority of Woodward v. Treetz (205 App. Div. 855). Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

M. INEZ WOODS, Appellant, v. MATHEW MICOLINO, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

JOSEPH YOCUS, as Administrator de Bonis Non, etc., of NIKODEMAS PETKEVIEZ, Respondent, v. SOUTHERN PACIFIC COMPANY, Defendant. ADOLPH RUGER, Attorney, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

ALEXANDER HOLZBERG and LOUIS RODMAN, Appellants, v. MAX H. MORTON, Respondent.— Application denied, with ten dollars costs.

HENRY JAMPOL, Respondent, v. GREENBERG & ROSENBERG, INC., Appellant.— Application denied, with ten dollars costs.

JOSEPH MEHR, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, etc., Appellant.— Application denied, with ten dollars costs.

BECKIE LECOV, Appellant, v. J. C. G. BUILDING CORPORATION, Respondent.— Application denied, with ten dollars costs.

YETTA PELSINGER, Respondent, v. JENNIE SPIEGLER, Appellant.— Application granted.

LEVY BROTHERS REALTY COMPANY, INC., Respondent, v. ALBERT LOEB, Appellant.— The appellant asserts that there is a difference of opinion between the Appellate Term in this department and the Appellate Term in the First Department as to the status of a tenant holding over after the expiration of his term under a written lease as affected by the Emergency Rent Laws; and as the question appears to be presented on this appeal the application is granted.